# SUPREME COURT OF PENNSYLVANIA

124 A.3d 308–310

| | | | |
|---|---|---|---|
| A.R.D., In re Adoption of; J.C., In re | 09/21/2015328 WAL (2015) | Denied | Pa.Super., 125 A.3d 444 |
| Barone v. Barone... | 09/23/2015342 MAL (2015) | Denied | Pa.Super., 120 A.3d 1062 |
| Brinkley v. Travelers Personal Ins. ..... | 09/14/2015247 EAL (2015) | Denied | No. 3111 EDA 2014 |
| BAC Home Loans Servicing, LP v. Immesberger ..... | 09/21/2015287 EAL (2015) | Denied | No. 733 EDA 2015 |
| Coleman v. Sci-Albion ............. | 09/21/2015235 WAL (2015) | Denied | Pa.Super., 121 A.3d 1144 |
| Com. v. Alvarado ... | 09/14/2015244 EAL (2015) | Denied | Pa.Super., 121 A.3d 1120 |
| Com. v. Barney..... | 09/23/2015374 MAL (2015) | Denied | Pa.Super., 120 A.3d 1064 |
| Com. v. Battle...... | 09/23/2015693 MAL (2014) | Denied | Pa.Super., 106 A.3d 168 |
| Com. v. Brooks..... | 09/21/2015192 EAL (2015) | Denied | No. 3268 EDA 2013 |